## ETIENNE TUOTTE, DIT DUVAL, *versus* MEDARD DESCOMPTE, DIT LABADIE

JOURNAL ENTRIES (1823–27): *Journal 3:* (1) Motion to extend time for declaration *p. 419; (2) motion for trial at Monroe *p. 502; (3) motion for trial at Monroe overruled *p. 508. *Journal 4:* (4) Motion for trial at Monroe MS p. 8; (5) issue ordered sent to circuit court for trial MS p. 33; (6) discontinued MS p. 133.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) draft of declaration; (4) plea of not guilty and stipulation for giving in evidence any special matter of justification; (5) motion for trial at Monroe; (6) affidavit of Wolcott Lawrence.

*1822–23 Calendar*, MS p. 140.

## DAVID LONG *versus* SAMUEL WING

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion to dismiss granted *p. 433.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 23.

## HUBERT LACROIX *versus* JAMES KNAGGS

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion to dismiss granted *p. 433.

PAPERS IN FILE: (1) Precipe for habeas corpus.

*1822–23 Calendar*, MS p. 67.